IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JILL E. BOWERS, Executor of the Estate of ALAN R. BOWERS, SR., DECEASED, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAMUEL R. LATHAM and )<br>T. F. ACQUISITION, LLC, )<br>d/b/a TRANSFREIGHT, )<br>)<br>Defendants. ) | 3:16-cv-802 |

## COUNT I

## WRONGFUL DEATH

Now comes the plaintiff, Jill E. Bowers, Executor of the Estate of Alan R. Bowers, Sr., deceased, by and through her attorneys, Bonifield & Rosenstengel, PC, and for her cause of action against the defendant, Samuel R. Latham, respectfully represents unto the Court as follows:

1. The plaintiff, Jill E. Bowers, is a citizen of Nashville, Washington County, Illinois.

2. The defendant, Samuel R. Latham, is a citizen of the State of Indiana.

3. On July 24, 2015, at approximately 10:01 a.m., the plaintiff's decedent was the operator of a 2004 John Deere tractor carrying a trailer traveling eastbound on Illinois State Route 154 in Road District Number Four Township in Perry County, Illinois, and had in place all required safety placards, reflective devices, and flashing lights.

4. At the above mentioned time and place the defendant, Samuel R. Latham, was the operator of a 2014 Freightliner truck and was acting the agent of T. F. Acquisitions, LLC, d/b/a Transfreight and was operating the tractor trailer in a generally easterly direction on Illinois State Route 154 in Road District Number Four Township in Perry County, Illinois, at a point to the rear of the tractor being operated by the plaintiff's decedent, Alan R. Bowers, Sr.

5. At the above mentioned time and place it was the duty of Samuel R. Latham acting as the agent of T. F. Acquisitions, LLC, d/b/a Transfreight to use reasonable care in the operation of the tractor trailer, but that duty notwithstanding committed one or more of the following acts and/or omissions which alone or in combination constitutes negligence:

    a. He failed to keep a proper lookout for other traffic upon the roadway;

    b. He drove faster than reasonable given traffic upon the roadway;

    c. He failed to yield to other traffic properly on the roadway.

6. As a direct and proximate cause of one or more of the foregoing acts and/or omissions on the part of the defendant the tractor trailer being operated by the defendant struck the trailer and tractor being operated by Alan R. Bowers, Sr., resulting in the death of Alan R. Bowers, Sr.

7. As a result of the death of Alan R. Bowers, Sr., the Estate has suffered damages as allowed under the Wrongful Death Act including pecuniary loss as a result of the loss of money, benefits, goods, services, and society of the decedent.

Wherefore, the plaintiff prays for judgment against the defendant, Samuel R. Latham, for a fair and just award in an excess amount of Seventy-Five Thousand Dollars ($75,000.00), plus costs of this suit.

## COUNT II

## WRONGFUL DEATH

Now comes the plaintiff, Jill E. Bowers, Executor of the Estate of Alan R. Bowers, Sr., deceased, by and through her attorneys, Bonifield & Rosenstengel, PC, and for her cause of action against the defendant, T. F. Acquisition LLC, d/b/a Transfreight, respectfully represents unto the Court as follows:

1. The plaintiff, Jill E. Bowers, is a citizen of Nashville, Washington County, Illinois.

2. The defendant, T. F. Acquisition, LLC, d/b/a Transfreight, is a limited liability corporation incorporated in the State of Pennsylvania with its principal place of business in Reading, Pennsylvania.

3. On July 24, 2015, at approximately 10:01 a.m., the plaintiff's decedent was the operator of a 2004 John Deere tractor carrying a trailer traveling eastbound on Illinois State Route 154 in Road District Number Four Township in Perry County, Illinois, and had in place all required safety placards, reflective devices, and flashing lights.

4. At the above mentioned time and place the defendant, T. F. Acquisition, LLC, d/b/a Transfreight, acting by and through its agent Samuel R. Latham, was the operator of a 2014 Freightliner truck and was traveling in a generally easterly direction on Illinois State Route 154 in Road District Number Four Township in Perry County, Illinois, at a point to the rear of the tractor being operated by the plaintiff's decedent, Alan R. Bowers, Sr.

5. At the above mentioned time and place it was the duty of T. F. Acquisition, d/b/a Transfreight, acting through its agent Samuel R. Latham, to use reasonable care in the operation of the tractor trailer, but that duty notwithstanding committed one or more of the following acts and/or omissions which alone or in combination constitutes negligence:

    a. He failed to keep a proper lookout for other traffic upon the roadway;

    b. He drove faster than reasonable given traffic upon the roadway;

    c. He failed to yield to other traffic properly on the roadway.

6. As a direct and proximate cause of one or more of the foregoing acts and/or omissions on the part of the defendant, the tractor trailer being operated by the defendant struck the trailer and tractor being operated by Alan R. Bowers, Sr., resulting in the death of Alan R. Bowers, Sr.

7. As a result of the death of Alan R. Bowers, Sr., the Estate has suffered damages

as allowed under the Wrongful Death Act including pecuniary loss as a result of the loss of money, benefits, goods, services, and society of the decedent.

Wherefore, the plaintiff prays for judgment against the defendant, T. F. Acquisition, d/b/a Transfreight, for a fair and just award in an excess amount of Seventy-Five Thousand Dollars ($75,000.00), plus costs of this suit.

        Jill E. Bowers, Execuitor of the Estate of Alan R. Bowers, Sr., Deceased,

        s/Jon E. Rosenstengel
        Jon E. Rosenstengel
        Bonifield & Rosenstengel, P.C.
        16 East Main Street
        Belleville, IL  62220-1620
        Ph:   (618) 277-7740; 271-1414
        Fx:   (618) 277-5155
        www.brlawfirm.com
        jon@brlawfirm.com

PLAINTIFFS DEMANDS JURY TRIAL.

PLAINTIFFS REQUESTS CLERK TO ISSUE SUMMONS(ES).

THE DEFENDANT MAY BE SERVED AS FOLLOWS:        Samuel R. Latham
        1719 South New York Ave.
        Evansville, IN 47714

        T. F. Acquisition LLC
        d/b/a Transfreight
        2675 Morgantown Road
        Reading, PA  19607